IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN SHARKOSKI | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3321 |
| | : | |
| VISITING NURSE ASSOCIATION OF | : | |
| GREATER PHILADELPHIA | : | |

# ORDER

AND NOW, this 6th day of September 2024, upon considering defendant's motion for leave to file certain exhibits under seal (DI 26), defendant's motion for summary judgment (DI 27), plaintiff's opposition (DI 30), defendant's reply (DI 33), defendant's response to plaintiff's additional facts (DI 34), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's motion for leave to file certain exhibits under seal (DI 26) is **GRANTED** temporarily. Defendant shall file Exhibit 2 and Exhibit 15 under seal and file appropriately redacted versions of these exhibits in 30 days.

2. Defendant's motion for summary judgment (DI 27) is **DENIED**.

3. We will hold a case management videoconference over Microsoft Teams on **September 11, 2024** at **2:00P.M.** and will send a videoconference link by e-mail to all counsel of record. All parties shall be prepared to discuss setting a date certain for trial.

MURPHY, J.